UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENDA MAKEPEACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-cv-00840-PMP-LRL |
| v. ) | |
| ) | **O R D E R** |
| COSTCO WHOLESALE CORP., ) | |
| ) | |
| Defendant. ) | |

Before the court is plaintiff's Emergency Motion for Protective Order (#13, filed September 16, 2011). The court has considered the motion, defendant's Opposition (#14), and plaintiff's Reply (#15).

In Ms. Nelson's August 31, 2011 letter to Mr. Eschweiler and Mr. Smith, Ms. Nelson wrote that she wanted to depose Ms. and Mr. Makepeace at 9:00 a.m. and 1:30 p.m. respectively on the same day. This is all the Makepeaces are asking for.

IT IS THEREFORE ORDERED that plaintiff's Emergency Motion for Protective Order (#13) is granted to the extent that plaintiff and her husband shall be deposed on the same day on a mutually agreeable date.

DATED this 20th day of September, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**