UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLENDA MAKEPEACE, | ) |
| Plaintiff(s), | ) |
| vs | ) Case # 2:11-CV-840-PMP-VCF |
| COSTCO WHOLESALE CORPORATION, | ) ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| Defendant(s). | ) |

This case is currently stacked on the Trial Calendar of **Tuesday, December 3, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 29th day of January, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE