UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLENDA MAKEPEACE, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> COSTCO WHOLESALE ) <br> CORPORATION, ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:11-CV-840-PMP-VCF <br><br> ORDER REFERRING CASE FOR <br> SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, December 3, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 29th day of January, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE