# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GLENDA MAKEPEACE, | |
| Plaintiff, | 2:11-cv-00840-PMP-VCF |
| vs. | **ORDER** |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | [Plaintiff's Emergency Motion to Reschedule the Settlement Conference #32] |

Before the Court is Plaintiff's Emergency Motion to Reschedule the Settlement Conference (#32).

Plaintiff requests the Court to reschedule the settlement conference to April 2, 2013 or April 4, 2013. Plaintiff and her husband have made non-refundable travel arrangements to travel from England to Las Vegas, Nevada to appear at the settlement conference originally scheduled for March 29, 2013. *Id.* Ms. Sharon Nelson, counsel for Defendant, is available on April 4, 2013. *Id.*

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Reschedule the Settlement Conference (#32) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference scheduled for April 23, 2013 is VACATED and rescheduled for April 4, 2013 at 8:30 a.m. The confidential settlement statement is due on or before March 28, 2013. All else as stated in Order #30 will remain the same.

DATED this 11th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE